```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 18955
   NICOLE HAMP
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2153


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/24/2008 and was not confirmed.

     The case was dismissed without confirmation 11/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
FIRST FINANCIAL BANK      UNSECURED          1281.60           .00            .00
GALWAY FINANCIAL SVC LLC  UNSECURED           305.00           .00            .00
ENTERPRISE RENTA CAR      UNSECURED         NOT FILED          .00            .00
BALABAN FURNITURE         UNSECURED         NOT FILED          .00            .00
NIKO CREDIT SERVICE       UNSECURED          3044.17           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          1880.00           .00            .00
HOLLYWOOD VIDEO           UNSECURED         NOT FILED          .00            .00
PEOPLES GAS               UNSECURED         NOT FILED          .00            .00
EMERGENCY CARE PHYS SVC   UNSECURED         NOT FILED          .00            .00
MTI                       UNSECURED         NOT FILED          .00            .00
ECONOMY INTERIORS INC     UNSECURED         NOT FILED          .00            .00
RUSH PRESBYTERIAN EMERG   UNSECURED         NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED         NOT FILED          .00            .00
ST ANTHONY HOSPITAL       UNSECURED         NOT FILED          .00            .00
ACUTE CARE SPECIALISTS I  UNSECURED         NOT FILED          .00            .00
BANK OF AMERICA OPERATIO  UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED          .00            .00
VERIZON WIRELESS          UNSECURED         NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED         NOT FILED          .00            .00
SPRINT                    UNSECURED         NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED         NOT FILED          .00            .00
AT&T WIRELESS             UNSECURED           341.71           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1556.51           .00            .00
US CELLULAR               UNSECURED           596.91           .00            .00
PRA RECEIVABLES MGMT      UNSECURED           444.91           .00            .00
SBC                       UNSECURED           214.72           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           230.08           .00            .00
CHICAGO PAGING CO         UNSECURED         NOT FILED          .00            .00
NILES PUBLIC LIBRARY DIS  UNSECURED         NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED         NOT FILED          .00            .00
CHICAGOLAND EMERGENCY PH  UNSECURED         NOT FILED          .00            .00
EMERGENCY MEDICAL         UNSECURED         NOT FILED          .00            .00
WIX AUTO                  UNSECURED         NOT FILED          .00            .00
N/A                       NOTICE ONLY       NOT FILED          .00            .00
AIS SERVICES LLC          UNSECURED           280.00           .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 18955 NICOLE HAMP
```

```
COMMONWEALTH EDISON       UNSECURED        1048.47            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,424.00                      267.69
TOM VAUGHN                TRUSTEE                                         20.77
DEBTOR REFUND             REFUND                                            .00
```

Summary of Receipts and Disbursements:
```
                             RECEIPTS           DISBURSEMENTS

TRUSTEE                        288.46

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     267.69
TRUSTEE COMPENSATION                                20.77
DEBTOR REFUND                                         .00
                           ---------------    ---------------
TOTALS                         288.46              288.46
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 02/24/09             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```